**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**SHREVEPORT DIVISION**

ELTON TAYLOR                                CIVIL ACTION NO. 03-516

VERSUS                                          JUDGE S. MAURICE HICKS, JR

UNITED PARCEL SERVICE, INC          MAGISTRATE JUDGE HORNSBY


**MEMORANDUM ORDER**

Before the Court is a Motion for Reconsideration filed by the plaintiff, Elton Taylor.
[Doc. No. 152].  The Federal Rules of Civil Procedure do not formally recognize a motion
to reconsider. See Pryor v. United States Postal Serv., 769 F.2d 281, 285 (5th Cir.1985).
However, the Fifth Circuit has treated motions to reconsider as either motions to alter or
amend judgment pursuant to Rule 59(e) or motions for relief from judgment pursuant to
Rule 60, depending upon the time at which the motion is filed. Lavespere v. Niagra
Machine & Tools Works, Inc., 910 F.2d 167, 173 (5 Cir.1990).  In this case, the motion was
filed within ten days of this Court's decision and is therefore considered a motion to alter
or amend judgment under Rule 59(e).

A court's reconsideration of a prior order is an extraordinary remedy which should
be used only sparingly and should not be used to relitigate old matters, raise new
arguments, or present evidence that should have been raised in the earlier motion. A court
can entertain a motion for reconsideration if the moving party satisfies at least one of the
following four criteria: (1) the motion is necessary to correct a manifest error of fact or law;
(2) the movant presents newly discovered or previously unavailable evidence; (3) the
motion is necessary in order to prevent manifest injustice; or (4) the motion is justified by

an intervening change in the controlling law.  See Gregg v. Weeks Marine, Inc., 2000 WL 802865 (E.D.La. May 26, 2000).

For the reasons assigned in the Court's Supplemental Memorandum Ruling, the Court finds that plaintiff's motion to reconsider is without merit.

Therefore:

The Motion for Reconsideration [Doc. No. 152] is hereby **DENIED.**

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 21st day of November, 2007.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE